# GRIMMETT, TRUSTEE FOR THE BANKRUPTCY ESTATE OF SIRAGUSA, ET AL. *v.* BROWN ET AL.

No. 95–1723.   Argued January 6, 1997—Decided January 14, 1997

*Richard A. Sauber* argued the cause for petitioners. With him on the briefs were *Michael L. Waldman, David B., Smith, Erven T. Nelson,* and *Randall M. Rumph.*

*Philip A. Lacovara* argued the cause for respondents. On the brief for respondents Beckley et al. were *Niels L. Pearson, Rex A. Jemison,* and *Daniel F. Polsenberg.* On the brief for respondents Brown et al. were *Peter M. Angulo* and *Don F. Shreve, Jr.**

PER CURIAM.

The writ of certiorari in this case is dismissed as improvidently granted.

---

*Briefs of *amici curiae* urging reversal were filed for the Executive Committee, MDL No. 1069, et al. by *Richard B. McNamara, Gregory A. Holmes, Stephanie A. Bray, Michael M. Baylson, Martin J. Oberman, Alice W. Ballard, Charles Barnhill, Jr., Judson Miner,* and *Edward R. Garvey;* and for the National Association of Securities and Commercial Law Attorneys by *Kevin P. Roddy, G. Robert Blakey,* and *Jonathan W. Cuneo.*

*Michael A. Cardozo* and *Steven C. Krane* filed a brief for the National Hockey League as *amicus curiae* urging affirmance.

*Andrew L. Frey, Philip A. Lacovara,* and *Evan M. Tager* filed a brief for the American Honda Motor Co. as *amicus curiae.*